UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                    07 CR 566 (GBD)

-against-                                    NOTICE OF MOTION

DAVID WILKINS, et.al.  (JAMAR JONES)

---

SIRS/MESDAMES:

PLEASE TAKE NOTICE that upon the annexed affirmation of IRVING COHEN, ESQ., and the affidavit of JAMAR JONES, a motion will be made on a date and at a time set by this court for an order permitting Jamar Jones to join in the motions filed by defendant David Wilkins and for the granting of said motions as they pertain to Jamar Jones, and for such other and further relief as to this court may seem just and proper.

Dated: April 24, 2008

Yours, etc.

IRVING COHEN, ESQ.
233 Broadway, Suite 2701
New York, New York 10279
(212) 964-2544

TO:   Avi Weitzman, Esq.
      Assistant U.S. Attorney

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279