UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　　　　　　　　　07 CR 566 (GBD)

DAVID WILKINS, et. al, (JAMAR JONES)
_____

STATE OF NEW YORK )
                       ) ss.:
COUNTY OF KINGS   )

    JAMAR JONES, being duly sworn deposes and says:

    I am a defendant in this case. I submit this affidavit in connection with and to join in the motion filed by co-defendant David Wilkins to suppress evidence obtained from the electronic surveillance conducted on his telephones.

    During this court-ordered electronic surveillance, I was overheard on several telephone conversations. According to my attorney, this gives me standing to join in the motion filed by Mr. Wilkins.

Sworn to before me
this 23 day of April, 2008

                                                     JAMAR JONES

IRVING COHEN
Notary Public, State of New York
No. 31-0684013
Qualified in New York County
Commission Expires October 31, 2009

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279