UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

    -against-                                            07 CR 566 (GBD)

DAVID WILKINS, et.al.  (JAMAR JONES)

_____

      IRVING COHEN, an attorney duly admitted to practice law in the Courts of the State of New York and the Southern District of New York, affirms the following:

      I represent Jamar Jones, one of the defendants herein.  Mr. Jones respectfully joins in the omnibus motions of the co-defendant, David Wilkins, including the motion to suppress electronic surveillance evidence, to the extent that they pertain to him.  Mr. Jones has provided an affidavit in connection with this motion.

      WHEREFORE, it is respectfully requested that the relief sought in the aforementioned motions be granted.

Dated: New York, NY
       April 24, 2008

                                                            IRVING COHEN

                                                            Attorney for Jamar Jones

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279